JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: John.burris@johnburrislaw.com

Attorneys for Plaintiff

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: Glibet@sbcglobal.net

Attorneys for Plaintiff

JENNIFER N. LOGUE, Esq./ State Bar # 241910
Deputy City Attorney
OFFICE OF SAN FRANCISCO CITY ATTORNEY
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-6524
Facsimile: (510) 238-6500
E-Mail: Jlogue@oaklandcityattorney.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANSELM NKWUO,

   Plaintiff,

vs.

CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; JONATHON LOW, individually, and in his capacity as an Oakland police officer; WILLIAM BACON, individually, and in his capacity as an Oakland police officer; and, DOES 1-25, inclusive,

   Defendants.

No. C-07-00238-TEH

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. Counsel for plaintiffs and defendants have discussed with the Mediator, Jeffrey H. Goldfien, Esq., their need for further time to conduct discovery, and Mr. Goldfien agrees with the extension of time deadline proposed in the Stipulation. This extension of time for Mediation is needed so that all parties can engage in a productive Mediation hearing.

2. Prior to a meaningful Mediation, the parties need to conduct the following discovery: Plaintiffs' service of Responses to Special Interrogatories, and Requests for Production of Documents (which Responses are not due until 6-27-07); take the depositions of the parties; locate and take the depositions of three (3) witnesses; and receive important medical records and billings and wage loss information for plaintiff (which has been requested, but not yet received); Defendant's service of Responses to Plaintiffs' Special Interrogatories and Request for Production of Documents (which were due on June 8, 2007, but have not yet been served by defense counsel); defense counsel has not yet prepared or served a Stipulated Protective Order, which would then cause defendants to produce to plaintiff's counsel confidential/privileged documents to plaintiff's counsel. Then, plaintiff's counsel will need to review this material and decide whether any further discovery is necessitated by information contained in those documents;

3. Mr. Burris is lead counsel and will attend the Mediation Conference. He and Ms. Libet have been swamped with work in a case with a lot of witnesses and discovery for the last five weeks, and during this month and July, will also have to conduct a great deal of discovery in several cases;

4. Mr. Burris will be on vacation from June 24th through July 7th 2007, and during the first week of August 2007; and,

5. Accordingly, the parties, by and through their respective counsel, hereby stipulate and jointly request that the deadline for the occurrence of the Mediation hearing in this case be extended from July 31, 2007 to September 7, 2007, ~~or as soon thereafter as the Court deems appropriate~~.

LAW OFFICES OF GAYLA B. LIBET

Dated: 6-12-07    By: /s/ Gayla B. Libet
                      GAYLA B. LIBET, Esq.
                      Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 6-12-07    By: /s/ John L. Burris
                      JOHN L. BURRIS, Esq.
                      Attorneys for Plaintiff

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 6/15/07    By: /s/
                      JENNIFER N. LOGUE, Esq.
                      Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 06/20/07    /s/ Thelton E. Henderson
                   HONORABLE THELTON E. HENDERSON
                   United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*