1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
4  E-Mail: John.burris@johnburrislaw.com

5  Attorneys for Plaintiff

6  GAYLA B. LIBET, Esq./ State Bar # 109173
   LAW OFFICES OF GAYLA B. LIBET
7  486 41st Street, # 3
   Oakland, CA 94609
8  Telephone and Facsimile: (510) 420-0324
   E-Mail: Glibet@sbcglobal.net
9
10 Attorneys for Plaintiff

11 JENNIFER N. LOGUE, Esq./ State Bar # 241910
   Deputy City Attorney
12 OFFICE OF SAN FRANCISCO CITY ATTORNEY
   One Frank H. Ogawa Plaza, Sixth Floor
13 Oakland, CA 94612
   Telephone: (510) 238-6524
14 Facsimile: (510) 238-6500
   E-Mail: Jlogue@oaklandcityattorney.org
15
   Attorneys for Defendants
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19
   ANSELM NKWUO,                          No. C-07-00238-TEH
20
                 Plaintiff,
21                                        STIPULATION AND ~~PROPOSED~~ ORDER
   vs.                                    FOR RE-SCHEDULING OF CASE
22                                        MANAGEMENT CONFERENCE AND
                                          EXTENSION OF TIME TO COMPLETE
23                                        MEDIATION CONFERENCE

24 CITY OF OAKLAND, a municipal corporation;
   WAYNE TUCKER, in his capacity as Chief of Police
25 for CITY OF OAKLAND; JONATHON LOW,
   individually, and in his capacity as an Oakland police
26 officer; WILLIAM BACON, individually, and in his
   capacity as an Oakland police officer; and,
27 DOES 1-25, inclusive,

28               Defendants.           /

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

(A) Counsel for plaintiff, Gayla B. Libet, Esq., and counsel for defendants, Jennifer N. Logue, Esq., have exchanged E-Mails confirming that Ms. Libet would ask the Court to re-schedule the Case Management Conference presently set for 8-20-07 at 1:30 p.m., until after a Mediation is held in this case, and to ask for a further extension of time to complete Mediation, based on

the following:

{1) Defense counsel, Ms. Logue, has been on vacation since 8-8-07, and could not participate in drafting a Updated Joint Case Management Conference Statement with plaintiff's counsel;

(2) Defense counsel, Ms. Logue, will not return from her vacation until 8-20-07, and thus would not be in a position to attend the Case Management Conference on that same date;

(3) My father, Benjamin Libet, died on July 23, 2007, and I have felt unable to do any case work until a couple of days ago, and I am still finding it difficult to concentrate and get things done, but I have begun to do so. Also, for two months prior to my father's death, I was going almost every weekend to help take care of him and my mother in Davis, California, while also being swamped with completing extensive discovery in a case before its discovery cut-off date was in July. Thus, I have not been adequately up to speed on conducting discovery in this case;

(4) The Mediation date should be selected within the week of 8-20-07, after Ms. Logue's return from her vacation, when all counsel and the appointed Mediator, Jeffrey H. Goldfien, Esq., can have a telephone conference to arrange such Mediation date;

(5) The present cut-off date by which Mediation is to be held is 9-7-07;

(6) Depositions have not yet been taken. Plaintiff would like to take the depositions of four (4) potential percipient witnesses, and possibly the deposition of defendant officers

Jonathan Low and William Bacon. Defendant most likely will want to take the deposition of plaintiff, Anselm Nkwuo. Defendants have served responses to written discovery. Plaintiff will serve responses to written discovery by 8-22-07.

(7) Dates for discovery cut-off; pretrial conference, and trial date have not yet been scheduled by the Court;

(8) An extension of time for Mediation of thirty (30 to forty-five (45) days is needed so that all parties can engage in a productive Mediation hearing, after the above discovery has been completed;.

(9) Mr. Burris is lead counsel and will attend the Mediation Conference. He and Ms. Libet were swamped with work in a case with a lot of witnesses and discovery during June and July

(10) Accordingly, counsel for all parties jointly request that the deadline for the occurrence of the Mediation hearing in this case be extended from September 7, 2007 for approximately thirty (30) to forty-five (45) more days, as the Court may deem appropriate; and that the Further Case Management Conference presently scheduled for 8-20-07 be re-scheduled to a date in late October or November 2007.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: August 17, 2007

By: /s/ Gayla B. Libet
GAYLA B. LIBET, Esq.
Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: August 17, 2007

By: /s/ John L. Burris
JOHN L. BURRIS, Esq.
Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER FOR RE-SCHEDULING CASE MABAGEMENT CONFERENCE                3

```
                                            OFFICE OF THE OAKLAND
                                            CITY ATTORNEY

     Dated:_____            By: /s/ Jennifer N. Logue
                                         JENNIFER N. LOGUE, Esq.
                                         Attorneys for Defendants
```

The mediation deadline shall be continued to **October 19, 2007**. The parties shall file a joint case management statement on or before **October 29, 2007**, and the case management conference shall be continued to **Monday, November 5, 2007 at 1:30 PM.**

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 08/20/07

_____
HONORABLE THELTON E. HENDERSON
United States District Court Judge

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*