1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  Telephone: (510) 839-5200
   Facsimile:  (510) 839-3882
4  E-Mail:  John.burris@johnburrislaw.com

5  Attorneys for Plaintiff ANSELM NKWUO

6  GAYLA B. LIBET, Esq./ State Bar # 109173
   LAW OFFICES OF GAYLA B. LIBET
7  486  41st Street, # 3
   Oakland, CA 94609
8  Telephone and Facsimile:  (510) 420-0324
   E-Mail:   Glibet@sbcglobal.net

9  Attorneys for Plaintiff ANSELM NKWUO

10 JENNIFER N. LOGUE, Esq./ State Bar # 241910
11 Deputy City Attorney
   OFFICE OF THE CITY ATTORNEY
12 CITY OF OAKLAND
   One Frank H. Ogawa Plaza, Sixth Floor
13 Oakland, CA 94612
   Telephone: (510) 238-6524
14 Facsimile:  (510) 238-6500
   E-Mail:  Jlogue@oaklandcityattorney.org

15 Attorneys for Defendants CITY OF OAKLAND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELM NKWUO,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; JONATHON LOW, individually, and in his capacity as an Oakland police officer; WILLIAM BACON, individually, and in his capacity as an Oakland police officer; and, DOES 1-25, inclusive,<br><br>              Defendants. | Case No. No. C-07-00238-TEH<br><br><br>STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION |

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows;

1. On August 20, 2007 the Court granted the parties an extension of the mediation deadline of this matter. The current deadline is October 19, 2007.

2. Due to scheduling conflicts, the parties were not able to agree upon mutual dates for the mediation within the forty-day extension period and the mediator subsequently informed the parties that he would not be available beyond September 2007 and he suggested that the parties get a new mediator.

3. On October 5, 2007 the appointment of the mediator was vacated and an ADR phone conference was scheduled. The ADR phone conference was held on October 9, 2007.

4. Currently, the parties are without a mediator and are therefore requesting that the mediation deadline be extended sixty days from October 19, 2007 to December 19, 2007 or as soon thereafter as the Court deems appropriate.

5. Dates for discovery cut-off; pretrial conference, and trial date have not yet been scheduled by the Court;

6. Accordingly, counsel for all parties jointly request that the deadline for the occurrence of the Mediation hearing in this case be extended from <u>October 19, 2007</u> to December<u> 19, 2007</u> or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: October 16, 2007     By: /s/ Gayla B. Libet  __
                              GAYLA B. LIBET, Esq.
                              Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION

|  |  |
|---|---|
|  | LAW OFFICES OF JOHN L. BURRIS |
| Dated: October 16, 2007 | By: /s/ John L. Burris |
|  | JOHN L. BURRIS, Esq. |
|  | Attorneys for Plaintiff |

|  |  |
|---|---|
|  | OFFICE OF THE OAKLAND CITY ATTORNEY |
| Dated: October 16, 2007 | By: /s/ Jennifer N. Logue |
|  | JENNIFER N. LOGUE, Esq. |
|  | Attorneys for Defendants |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The mediation deadline shall be extended to December 19, 2007.

Dated:   10/18/07

_____
HONORABLE THELTON E. HENDERSON
United States District Court Judge

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION