JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: glibet@sbcglobal.net

Attorneys for Plaintiff

JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JENNIFER N. LOGUE, Deputy City Attorney – State Bar #241910
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524 Fax: (510) 238-6500
jlogue@oaklandcityattorney.org
25435:422670

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANSELM NKWUO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND; et al.,<br><br>Defendants. | Case No. C07-00238 TEH<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties to the above captioned litigation hereby stipulate, by and through

their undersigned counsel of record, that the current case management conference date of November 5, 2007, be continued to January 8, 2008 at 1:30 p.m., or as soon thereafter the court deems appropriate. Good cause exists for the requested continuance on the following grounds:

On October 5, 2007, the appointment of Mediator, Jeffrey Goldfien was vacated. To date, the court has not appointed a new mediator for this case. The parties contacted the ADR office today to inform them of the fast approaching December 19, 2007 mediation deadline and to request a status on the appointment of a new mediator. The parties were informed that two potential mediators have been contacted and that they will be notified as soon as possible of the new appointment. Accordingly, mediation will not be complete prior to the currently scheduled November 5, 2007 case management conference and a continuance will enable the parties to complete mediation prior to the next case management conference.

Respectfully submitted,

Dated: October 31, 2007

/s/ John L Burris
JOHN L. BURRIS, Esq.
Attorney for Plaintiff

Dated: October 31, 2007

/s/ Gayla B. Libet
GAYLA B. LIBET, Esq.
Attorney for Plaintiff

Dated: October 31, 2007

/s/ Jennifer N. Logue
JENNIFER N. LOGUE, Deputy City Attorney
Attorney for Defendants

**ORDER**

**IT IS HEREBY ORDERED** that pursuant to the terms of the stipulation between the parties, the case management conference shall be rescheduled for January 7, 2008 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 11/02/07




JUDGE OF THE DISTRICT COURT